UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:16cr211

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| DOMINIC DEMARCUS STEELE, | ) | |
| Defendant. | ) | |

Pursuant to the Fourth Circuit's decision in this matter (No. 17-4580 / Doc. No. 46), the UNITED STATES and the DEFENDANT DOMINIC DEMARCUS STEELE are directed to meet, attempt to agree on a restitution amount, and report back to the Court within thirty (30) days of this ORDER. If the parties cannot agree, the parties will so inform the Court, and the Court will hold an evidentiary hearing to determine the restitution amount.

IT IS SO ORDERED.

Signed: September 14, 2018

Frank D. Whitney
Chief United States District Judge