# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:16-CR-211-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER OF CONTINUING** |
| vs. ) | **GARNISHMENT** |
| ) | |
| ) | |
| DOMINIC STEELE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ) | |
| S&D COFFEE INC., ) | |
| ) | |
| Garnishee. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Order Of Continuing Garnishment" (Document No. 59) filed July 15, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

On April 26, 2022, the Court entered a Writ of Continuing Garnishment ("Writ") (Document No. 55) to the Garnishee, S&D Coffee Inc. The Garnishee was served with the Writ on April 28, 2022. Defendant was served with the Writ and Instructions notifying him of his right to request a hearing on June 7, 2022. The Garnishee filed an Answer on May 9, 2022 (Document No. 58) stating that at the time of service of the Writ, the Garnishee had in its custody, control or

possession property or funds owned by Defendant, including non-exempt, disposable earnings. Defendant did not request a hearing, and the statutory time to do so has elapsed.

**IT IS, THEREFORE, ORDERED** that an Order Of Continuing Garnishment is hereby **ENTERED** in the amount of **$17,335.00** computed through April 25, 2022. The Garnishee shall pay the United States ten percent (10%) of Defendant's net earnings which remain after all deductions required by law have been withheld, and the Garnishee shall continue said payments until the debt to the Plaintiff is paid in full, or until the Garnishee no longer has custody, possession or control of any property belonging to Defendant, or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> Clerk of the United States District Court
> 401 West Trade Street
> Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW 3:16CR211.

**IT IS FURTHER ORDERED** that the Garnishee will advise this Court if Defendant's employment is terminated at any time by the Garnishee or Defendant.

The Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: July 15, 2022

David C. Keesler
United States Magistrate Judge