IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-CR-00211-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DOMINIC DEMARCUS STEELE, ) | |
| ) | **ORDER** |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| S&D COFFEE INC., ) | |
| ) | |
| Garnishee. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" filed November 12, 2024. (Document No. 62.) Having carefully considered the motion and the record, the Court GRANTS the Motion.

The Government reports that Defendant's restitution debt has been satisfied.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Order Of Continuing Garnishment," (Document No. 62), is **GRANTED**. The "Order Of Continuing Garnishment," (Document No. 60), is **DISMISSED**.

**SO ORDERED**.

Signed: November 13, 2024

Frank D. Whitney
United States District Judge

1